UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PAYTON,

    Plaintiff,

v.

KILOLO KIJAKAZI,

    Defendant.

Case No. 22-cv-06422-DMR

**ORDER TO SHOW CAUSE**

Plaintiff Michael Payton filed this case on October 24, 2022 seeking review of a decision by the Commissioner of the Social Security Administration ("SSA") denying plaintiff Social Security benefits. The court granted Plaintiff's motion for leave to proceed in forma pauperis on October 27, 2022, and the Clerk's Office emailed the complaint, summons, orders, and waiver of service to the SSA on October 28, 2022. [*See* Docket No. 6.] According to the Social Security Procedural Order (Docket No. 4), Defendant's answer and a certified copy of the transcript of the administrative record was due within 90 days of receipt of service of the summons and complaint. No such answer or transcript has been filed, although Defendant filed a consent to magistrate judge jurisdiction. [Docket No. 8.] Accordingly, by April 7, 2023, Defendant shall show cause why her default should not be entered.

**IT IS SO ORDERED.**

Dated: March 30, 2023



Donna M. Ryu
United States Magistrate Judge